# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| v. | ) |
| | ) |
| | ) No. 13-16071 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service, | ) ) ) |
| | ) |
| Defendant-Appellee. | ) |
| | ) |

---

## CERTIFICATE REGARDING TRANSCRIPT
## AND STATEMENT OF ISSUES ON APPEAL
---

Pursuant to Fed. R. App. Pro. 10 and Circuit Rule 10-2, Plaintiff-Appellant states that there were no district court hearings in this case relevant to this appeal and therefore no transcript will be ordered.

The only issues Plaintiff-Appellant intends to present on appeal are whether the district court erred in granting in part Defendant-Appellee's Motion to Dismiss and denying the Plaintiff-Appellant's Motion for Leave to Conduct Jurisdictional Discovery, Dkt. # 31, and whether the Plaintiff-Appellant has standing.

Respectfully submitted June 11, 2013.

/s/ James J. Tutchton
James J. Tutchton
WildEarth Guardians
6439 E. Maplewood Ave.
Centennial, CO 80111
Tel. 720-301-3843
jtutchton@wildearthguardians.org

*Attorney for Plaintiff-Appellant*
*WildEarth Guardians*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 11, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

By: /s/ James J. Tutchton
James J. Tutchton