UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service,<br><br>        Defendant - Appellee. | No. 13-16071<br><br>D.C. No. 2:12-cv-00716-MMD-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

This case is released from the Mediation Program.

The assessment/settlement conference previously scheduled for August 28, 2013, is canceled.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeal is pending.

                      FOR THE COURT:


                      By: Peter W. Sherwood
                      Circuit Mediator

PWS/Mediation