

Activity in Case 2:12-cv-00716-MMD-PAL WildEarth Guardians v. United States Department of Agriculture, Animal and plant Health Inspection Service Amended Notice of Appeal

cmecf
to:
cmecfhelpdesk
09/17/2013 03:18 PM
Hide Details
From: cmecf@nvd.uscourts.gov

To: cmecfhelpdesk@nvd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

### Notice of Electronic Filing

The following transaction was entered by Wilmes, Ashley on 9/17/2013 at 3:16 PM PDT and filed on 9/17/2013

**Case Name:** WildEarth Guardians v. United States Department of Agriculture, Animal and plant Health Inspection Service
**Case Number:** 2:12-cv-00716-MMD-PAL
**Filer:** WildEarth Guardians
**WARNING: CASE CLOSED on 03/29/2013**
**Document Number:** 41

13-16071

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 17 2013

FILED_____
DOCKETED_____
DATE    INITIAL

**Docket Text:**
AMENDED NOTICE OF APPEAL as to [36] Notice of Appeal, by Plaintiff WildEarth Guardians . E-mail notice (NEF) sent to the US Court of Appeals, Ninth Circuit. (Wilmes, Ashley)

**2:12-cv-00716-MMD-PAL Notice has been electronically mailed to:**

Ashley Wilmes    awilmes@wildearthguardians.org, jtutchton@wildearthguardians.org

Julie Cavanaugh-Bill (NV. Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
401 Railroad St., Suite 307
Elko, Nevada 89801
Tel: (775) 753-4357
Fax: (775) 753-4360
julie@cblawoffices.org

Ashley Wilmes, *Admitted Pro Hac Vice*
WildEarth Guardians
680 W. Hickory Street
Louisville, Colorado 80027
Tel: 859-312-4162
awilmes@wildearthguardians.org
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILDEARTH GUARDIANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, ANIMAL AND PLANT ) <br> HEALTH INSPECTION SERVICE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 12-cv-00716 |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that WildEarth Guardians, Plaintiff in the above named case, hereby amends it Notice of Appeal and appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment in this case, entered on September 16, 2013. (Dkt. # 40).

On March 14, 2013, this Court granted in part Defendant's Motion to Dismiss and dismissed without prejudice Guardians' First, Second, Third, and Fourth Claims for Relief.

(Dkt. # 31). On March 29, 2013, the Court entered an Order granting Plaintiff's motion for leave to amend its complaint to dismiss the remaining Fifth Claim for Relief without prejudice under Fed. R. Civ. P. 15(a)(2). (Dkt. # 34). The Court also ordered the clerk to close the case. See id.

On April 11, 2013, pursuant to Fed. R. Civ. Pro. 58(d), Plaintiff filed a motion requesting this Court to enter judgment in a document separate from this Court's March 29, 2013 Order, Dkt. # 34, and reflecting this Court's dismissal of Plaintiff's First, Second, Third, and Fourth Claims for Relief. (Dkt. # 35). On May 24, 2013, Plaintiff then filed its Notice of Appeal, to protect its right to appeal this Court's Order, Dkt. # 31, granting Defendant's Motion to Dismiss. (Dkt. # 36). On September 16, 2013, this Court granted Plaintiff's motion for judgment as a separate document. (Dkt. # 39). Judgment in this case was subsequently entered on September 16, 2013. (Dkt. # 40).

Plaintiff is now amending its Notice of Appeal to appeal this final Judgment in a Civil Case, Dkt. #40, including appeal of this Court's Order, Dkt. # 31, granting Defendant's Motion to Dismiss and denying Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery. Pursuant to Fed. R. Civ. Pro. 4(a)(2): "A notice of appeal filed after the court announces a decision or order — but before the entry of the judgment or order — is treated as filed on the date of and after the entry."

Respectfully submitted this 17th day of September 2013,

*/s/ Ashley D. Wilmes*
Ashley D. Wilmes (CO Bar No. 40798)
WildEarth Guardians
680 W. Hickory Street
Louisville, Colorado 80027
Tel: 859-312-4162
awilmes@wildearthguardians.org
*Admitted Pro Hac Vice*

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
401 Railroad St., Suite 307
Elko, Nevada 89801
Tel: (775) 753-4357
Fax: (775) 753-4360
julie@cblawoffices.org

*Attorneys for WildEarth Guardians*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ashley D. Wilmes*
Ashley D. Wilmes

3