No. 13-16071

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

WILDEARTH GUARDIANS
*Plaintiff-Appellant*

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL, AND
PLANT HEALTH INSPECTION SERVICE,
*Defendants-Appellee*,

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA,
CIVIL ACTION NO. 2:12-cv-00716-MMD-PAL

**MOTION FOR LEAVE TO FILE BRIEF OF
ENVIRONMENTAL LAW PROFESSORS
AS *AMICI CURIAE*
IN SUPPORT OF PLAINTIFF-APPELLANT**

THOMAS M. GREMILLION
HOPE M. BABCOCK
Institute for Public Representation
600 New Jersey Avenue, NW
Washington, D.C. 20001
Telephone: (202) 662-9535
*Attorneys for Amici Curiae*

# MOTION OF *AMICI CURIAE* FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFF-APPELLANT

As *amici curiae*, the law professors listed in the Identities and Interests of Amici, attached, respectfully move for leave of Court to file the accompanying brief. Amici are professors who work in the field of environmental law and have conducted extensive research and published many books and articles on subjects including the National Environmental Policy Act ("NEPA") and environmental standing.

*Amici* have a substantial and compelling interest in ensuring that the Defendant-Appellee fulfills its procedural obligations under NEPA.

*Amici* respectfully seek leave to file the amicus brief, to provide additional support and evidence that WildEarth Guardians has satisfied the standing requirements of this Circuit, and to show that the lower court's decision contradicts binding decisions of this Court and principles of NEPA.

Respectfully Submitted by:


Thomas M. Gremillion
Hope M. Babcock
600 New Jersey Avenue, NW
Washington, D.C. 20001
Telephone: (202) 662-9535

9th Circuit Case Number(s) | 13-16071

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*******************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Oct 10, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/ Thomas M. Gremillion

*******************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____ .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)