UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 11 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service,<br><br>    Defendant - Appellee. | No. 13-16071<br><br>D.C. No. 2:12-cv-00716-MMD-PAL<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

  The amicus brief submitted by Predator Defense, Defender of Wildlife, Northeast Oregon Ecosystems, Center for Biological Diversity, Southwest Environmental Center, Friends of Animals, Mark E. Smith Foundation, Western Watersheds Project, Boulder-White Clouds Council, Conservation Congress, Cascadia Wildlands, In Defense, Natural Resources Defense Council and Trailsave Nevada on October 10, 2013 is filed.

  Within 7 days of this order, amici curiae are ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk