UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service,<br><br>        Defendant - Appellee. | No. 13-16071<br><br>D.C. No. 2:12-cv-00716-MMD-PAL<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

The motion of Environmental Law Professors to file an amicus curiae brief and any response thereto shall be referred to the panel that will consider the merits of the case for resolution. Movant is reminded that a motion for leave to file an amicus curiae brief is to state that movant endeavored to obtain the consent of all parties to the filing of the brief as an alternative to filing a motion. 9th Cir. R. 29-3.

Within 7 days after the date of this order, amici curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov at the Electronic Filing - ECF link. The paper copies shall be printed from the PDF version of the brief created from the

word processing application, not from PACER or Appellate ECF. The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Cathie Gottlieb
Deputy Clerk