IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 13-16071

WILDEARTH GUARDIANS,

*Plaintiff-Appellant*,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND
PLANT HEALTH INSPECTION SERVICE,

*Defendant-Appellee*,

_____

On appeal from the United States District Court for the District of Nevada,
Case No.2:12-cv-00716-MMD-PAL, Hon. Miranda M. Du, District Judge

_____

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
FEDERAL APPELLEES' ANSWERING BRIEF

Pursuant to Fed. R. App. P. 26(b) and Ninth Circuit Rule 31-2.2(b), defendant-appellee United States Department of Agriculture, Animal and Plant Health Inspection Service, moves for a 46-day extension of the due date for its brief. This brief is currently due on November 4, 2013, and it would be due on December 20, 2013, if the motion is granted. Counsel for plaintiff-appellant, Ms. Ashley D. Wilmes, does not object to this requested extension of time. The

reasons for this request are set out in the attached Declaration of Emily Polachek, the Justice Department attorney with primary responsibility for preparation of the Government's brief in this appeal.

                            Respectfully submitted,

                            /s/ Emily Polachek
                            Attorney, U.S. Department of Justice
                            Environment & Natural Resources Division
                            P.O. Box 7415
                            Washington, D.C. 20044
                            (202) 514-5442
                            Emily.Polachek@usdoj.gov

October 23, 2013

# DECLARATION OF COUNSEL IN SUPPORT OF MOTION
# FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

I, Emily Polachek, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney in the Appellate Section of the Environment and Natural Resources Division of the U.S. Department of Justice and am charged with primary responsibility for representing the United States in this appeal, *WildEarth Guardians v. United States Department of Agriculture, Animal and Plant Health Inspection Service*, No. 13-16071. Without an extension, the brief is currently due on November 4, 2013. This is the first extension of time requested by the appellee.

2. Counsel for plaintiff-appellant, Ms. Ashley D. Wilmes, has been consulted and does not oppose this request.

3. This case was reassigned to me on October 23, 2013, because the attorney previously representing the Government on appeal is suffering medical issues. The case was not reassigned earlier due to the partial shutdown of the federal government following a lapse of appropriations on October 1, 2013.

4. Additionally, I am required to attend a week's worth of training in November and early December.

5. Seeking Department of Justice approval to file this brief involves a lengthy process, including review by multiple supervisors and an Assistant Attorney General, as well as consultation with the United States Department of

Agriculture.  An orderly review process will require the completion of the brief at least two weeks before it is due to be filed.

6. In light of the recent case reassignment, mandatory training, and the lengthy review process necessary for this brief, I am unable to meet the current November 4, 2013, deadline.

7. I have worked and will continue to work diligently to ensure that the appellee's answering brief will be filed with the additional time requested.

8. No transcripts were ordered in this case, so the court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2013.

Respectfully submitted,

/s/ Emily Polachek
Attorney, U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, D.C. 20044
(202) 514-5442
Emily.Polachek@usdoj.gov

9th Circuit Case Number(s) | 13-16071

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 10/23/2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Emily Polachek

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)