UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 28 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service,<br><br>        Defendant - Appellee. | No. 13-16071<br><br>D.C. No. 2:12-cv-00716-MMD-PAL<br>U.S. District Court for Nevada, Las Vegas<br><br>ORDER |

Appellee's motion for an extension of time to file the answering brief is granted. The appellee's answering brief is due December 20, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Cathie Gottlieb
Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10