No. 13-16071

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

WILDEARTH GUARDIANS,

*Plaintiff-Appellant,*

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH INSPECTION SERVICE*,*

*Defendant-Appellee.*

On Appeal from the United States District Court for the District of Nevada, Case No. 2:12-cv-00716-MMD-PAL, Hon. Miranda M. Du, District Judge

**PLAINTIFF-APPELLANT'S RESPONSE TO APPELLEE'S MOTION REQUESTING JUDICIAL NOTICE**

On December 26, 2013, Defendant-Appellee U.S. Department of Agriculture, Animal and Plant Health Inspection Service ("APHIS") requested that this Court take judicial notice of the U.S. Fish and Wildlife Service permit referenced in footnote 8 of APHIS's answering brief. Dkt. # 31. Plaintiff-Appellant WildEarth Guardians ("Guardians") takes no position on APHIS's motion for judicial notice.

However, should this Court take judicial notice of the U.S. Fish and Wildlife Service permit, Guardians requests that the Court take judicial notice of the complete document, which includes the permit conditions attached hereto as Exhibit 1 to this response.[1]

Dated: January 8, 2014

Respectfully submitted,

/s *Ashley D. Wilmes*
Ashley D. Wilmes
WildEarth Guardians
680 W. Hickory Street
Louisville, Colorado 80027
Tel. 859-312-4162
awilmes@wildearthguardians.org

Attorney for Plaintiff-Appellant
WildEarth Guardians

---

[1] The undersigned counsel received these permit conditions from counsel for APHIS. On January 8, 2014, the undersigned spoke to counsel for APHIS, who stated her intention to submit the complete copy of the permit to the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which will serve this document on all counsel of record in this case.

/s *Ashley D. Wilmes*
Ashley D. Wilmes
WildEarth Guardians
680 W. Hickory Street
Louisville, Colorado 80027
Tel. 859-312-4162
awilmes@wildearthguardians.org