No. 13-16071

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

WILDEARTH GUARDIANS,

*Plaintiff-Appellant,*

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH INSPECTION SERVICE,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Nevada
No. 2:12-cv-00716-MMD-PAL
Honorable Miranda M. Du, District Judge

**FEDERAL APPELLEE'S REPLY TO
RESPONSE TO MOTION REQUESTING JUDICIAL NOTICE**

On December 26, 2013, Appellee U.S. Department of Agriculture, Animal and Plant Health Inspection Service ("APHIS") requested that the Court take judicial notice of a depredation permit issued to the Nevada Department of Wildlife ("NDOW") from the U.S. Fish and Wildlife Service. Dkt. No. 31. As explained in both the motion and APHIS's answering brief, *see* Dkt. No. 30, at 40 n.8, APHIS requested judicial notice of the permit to halt further speculation as to whether

NDOW is authorized to take ravens, which are protected under the Migratory Bird Treaty Act, 16 U.S.C. §§ 703–12.

APHIS attached NDOW's depredation permit to its motion for judicial notice as an exhibit, *see* Dkt. No. 31, Ex. 1, but inadvertently failed to include two pages listing the Standard Conditions for Migratory Bird Depredation Permits. Although the conditions are referenced in the permit, they are not material to the dispute at hand. Nevertheless, APHIS does not oppose Plaintiff-Appellant's request that, if the Court grants APHIS's motion, the Court take judicial notice of both the permit and its conditions. For the Court's convenience, APHIS has attached to this reply NDOW's permit and the Standard Conditions in a single exhibit.[1]

                                              Respectfully submitted,

                                              */s/ Emily A. Polachek*
                                              EMILY A. POLACHEK
                                              Attorney, U.S. Dep't of Justice
                                              Env't & Natural Resources Div.
                                              P.O. Box 7415

January 16, 2014                      Washington, DC 20044
                                              (202) 514-5442
DJ # 90-1-4-13688               emily.polachek@usdoj.gov

---

[1] The attached Exhibit 1 includes the Standard Conditions that Plaintiff-Appellant referenced, but inadvertently failed to include, in its response to APHIS's motion for judicial notice. *See* Dkt. No. 36, at 2.

# EXHIBIT 1




DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE

# FEDERAL FISH AND WILDLIFE PERMIT

| | |
|---|---|
| 2. AUTHORITY-STATUTES | 16 USC 703-712 |
| REGULATIONS | 50 CFR Part 13 / 50 CFR 21.41 |

1. PERMITTEE

NEVADA DIVISION OF WILDLIFE
dba NDOW
1100 VALLEY RD
RENO, NV 89512
U.S.A.

3. NUMBER: **MB37116A-0**
4. RENEWABLE: ☒ YES ☐ NO
5. MAY COPY: ☒ YES ☐ NO
6. EFFECTIVE: 03/06/2013
7. EXPIRES: 02/28/2014

8. NAME AND TITLE OF PRINCIPAL OFFICER (If #1 is a business)
SHAWN P ESPINOSA
UPLAND GAME BIOLOGIST

9. TYPE OF PERMIT
DEPREDATION

10. LOCATION WHERE AUTHORIZED ACTIVITY MAY BE CONDUCTED
Clark, Elko, Humboldt, Lander, Lincoln, Lyon, Washoe, and White Pine Counties
NEVADA

11. CONDITIONS AND AUTHORIZATIONS:

A. GENERAL CONDITIONS SET OUT IN SUBPART D OF 50 CFR 13, AND SPECIFIC CONDITIONS CONTAINED IN FEDERAL REGULATIONS CITED IN BLOCK #2 ABOVE, ARE HEREBY MADE A PART OF THIS PERMIT. ALL ACTIVITIES AUTHORIZED HEREIN MUST BE CARRIED OUT IN ACCORD WITH AND FOR THE PURPOSES DESCRIBED IN THE APPLICATION SUBMITTED. CONTINUED VALIDITY, OR RENEWAL, OF THIS PERMIT IS SUBJECT TO COMPLETE AND TIMELY COMPLIANCE WITH ALL APPLICABLE CONDITIONS, INCLUDING THE FILING OF ALL REQUIRED INFORMATION AND REPORTS.

B. THE VALIDITY OF THIS PERMIT IS ALSO CONDITIONED UPON STRICT OBSERVANCE OF ALL APPLICABLE FOREIGN, STATE, LOCAL, TRIBAL, OR OTHER FEDERAL LAW.

C. VALID FOR USE BY PERMITTEE NAMED ABOVE.

D. You are authorized to lethally take **2500 Common Ravens** for protection of Sage Grouse and other game (waterfowl, turkey, and pheasant) using a rifle with non-toxic ammo, a shotgun with non-toxic shot shells (i.e. steel), an air rifle with non-toxic pellets (non-lead), and/or DRC 1339. Lethal take is not to be the primary means of control. Killing is restricted to those birds which cannot be scared away by aggressive non-lethal control efforts. Active hazing, harassment or other non-lethal techniques must continue in conjunction with any lethal take of migratory birds.

E. Birds may be temporarily hung to attempt to scare away depredating birds prior to final disposition (see Condition "8" of attached standard conditions). It is strongly encouraged that efforts are conducted out-of-view of the public and appropriate outreach is implemented to mediate potential public concern.

F. Anyone who takes birds under the authority of this permit must follow the American Veterinary Medical Association Guidelines on Euthanasia (http://www.avma.org/issues/animal_welfare/euthanasia.pdf).

G. No bird shall be killed in any manner not authorized by the State of Nevada or local ordinance.

☒ ADDITIONAL CONDITIONS AND AUTHORIZATIONS ALSO APPLY

12. REPORTING REQUIREMENTS
ANNUAL REPORT DUE: 03/10
You must submit a report to your Regional Migratory Bird Permit Office, even if you had no activity. Report form is at: www.fws.gov/forms/3-202-9.pdf.

| ISSUED BY | TITLE | DATE |
|---|---|---|
| [signature] | WILDLIFE BIOLOGIST, REGION 8 | 03/06/2013 |



# Standard Conditions
# Migratory Bird Depredation Permits
# 50 CFR 21.41

All of the provisions and conditions of the governing regulations at 50 CFR part 13 and 50 CFR part 21.41 are conditions of your permit. Failure to comply with the conditions of your permit could be cause for suspension of the permit. The standard conditions below are a continuation of your permit conditions and must remain with your permit. If you have questions regarding these conditions, refer to the regulations or, if necessary, contact your migratory bird permit issuing office. For copies of the regulations and forms, or to obtain contact information for your issuing office, visit: http://www.fws.gov/migratorybirds/mbpermits.html.

1. To minimize the lethal take of migratory birds, you are required to continually apply non-lethal methods of harassment in conjunction with lethal control.
   [*Note: Explosive Pest Control Devices (EPCDs) are regulated by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). If you plan to use EPCDs, you require a Federal explosives permit, unless you are exempt under 27 CFR 555.141. Information and contacts may be found at www.atf.gov/explosives/how-to/become-an-fel.htm.*]

2. Shotguns used to take migratory birds can be no larger than 10-gauge and must be fired from the shoulder. You must use nontoxic shot listed in 50 CFR 20.21(j).

3. You may not use blinds, pits, or other means of concealment, decoys, duck calls, or other devices to lure or entice migratory birds into gun range.

4. You are not authorized to take, capture, harass, or disturb bald eagles or golden eagles, or species listed as threatened or endangered under the Endangered Species Act found in 50 CFR 17, without additional authorization.

   For a list of threatened and endangered species in your state, visit the U.S. Fish and Wildlife Service's Threatened and Endangered Species System (TESS) at: http://www.fws.gov/endangered.

5. If you encounter a migratory bird with a Federal band issued by the U.S. Geological Survey Bird Banding Laboratory, Laurel, MD, report the band number to 1-800-327-BAND or http://www.reportband.gov.

6. This permit does not authorize take or release of any migratory birds, nests, or eggs on Federal lands without additional prior written authorization from the applicable Federal agency.

7. This permit does not authorize take or release of any migratory birds, nests, or eggs on State lands or other public or private property without prior written permission or permits from the landowner or custodian.

8. Unless otherwise specified on the face of the permit, migratory birds, nests, or eggs taken under this permit must be:
   (a) turned over to the U.S. Department of Agriculture for official purposes, or
   (b) donated to a public educational or scientific institution as defined by 50 CFR 10, or
   (c) completely destroyed by burial or incineration, or
   (d) with prior approval from the permit issuing office, donated to persons authorized by permit or regulation to possess them.

9. Subpermittees must be at least 18 years of age. As the permittee, you are legally responsible for ensuring that your subpermittees are adequately trained and adhere to the terms of your permit. You are responsible for maintaining current records of who you have designated as a subpermittee, including copies of letters you have provided.

10. You and any subpermittees must carry a legible copy of this permit, *including these Standard Conditions,* and display it upon request whenever you are exercising its authority.

11. You must maintain records as required in 50 CFR 13.46 and 50 CFR 21.41. All records relating to the permitted activities must be kept at the location indicated in writing by you to the migratory bird permit issuing office.

12. Acceptance of this permit authorizes the U.S. Fish and Wildlife Service to inspect any wildlife held, and to audit or copy any permits, books, or records required to be kept by the permit and governing regulations.

13. You may not conduct the activities authorized by this permit if doing so would violate the laws of the applicable State, county, municipal or tribal government or any other applicable law.

(DPRD - 2/24/2011)

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which will serve the reply on the other participants in this case.

*/s/ Emily A. Polachek*
EMILY A. POLACHEK
U.S. Department of Justice
Env't & Natural Resources Div.
P.O. Box 7415
Washington, DC  20044
(202) 514-5442
emily.polachek@usdoj.gov