No. 13-16071

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

WILDEARTH GUARDIANS,

*Plaintiff-Appellant,*

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH INSPECTION SERVICE,

*Defendant-Appellee.*

On Appeal from the United States District Court for the District of Nevada, Case No. 2:12-cv-00716-MMD-PAL, Hon. Miranda M. Du, District Judge

## PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Plaintiff-Appellant WildEarth Guardians ("Guardians") respectfully moves for an additional ten (10) day extension of time, to and including February 13, 2014, in which to file its reply brief. This brief was originally due on January 3, 2104 and is currently due on February 3, 2013.

Defendant-Appellee United States Department of Agriculture, Animal and Plant Health Inspection Service ("APHIS") does not oppose this motion.

On December 20, 2013, APHIS filed its Answering Brief.[1]  Dkt. # 30.  In its Answering Brief, APHIS responded to the standing issues presented to this Court on appeal, but also asked this Court to uphold the District Court's decision on the merits.  Guardians' reply brief was due on January 3, 2014.

Counsel for Guardians was out of the office on a previously scheduled family vacation for most of December 20, 2014 through January 3, 2014.  *See* Declaration of Ashley Wilmes ("Decl.") ¶ 4, attached as Exhibit 1.  Ms. Wilmes must also prepare for an oral argument scheduled for January 23, 2014 in another case, *WildEarth Guardians v. U.S. Environmental Protection Agency* (Case No. 13-9524) before the U.S. Court of Appeals for the Tenth Circuit.  *Id.* at ¶ 5.  Due to these conflicts, through the Court's streamlined process, Guardians requested a thirty (30) day extension of time, to Monday, February 3, 2014,[2] in which to file its reply brief.  Dkt. #34.  This Court granted that streamlined request.  Dkt. #35.

---

[1]  Guardians did not oppose APHIS's motion for a 45-day extension of time to file this brief, which had been due on November 4, 2013, but Guardians' counsel explained that she would be out of the office the two weeks following APHIS's new response date and that that Guardians would also need an extension.

[2]  This was actually a 31-day extension of time, since thirty days fell on a Sunday.

However, due to additional and subsequent circumstances, counsel for Guardians believes she is now unable to meet this February 3, 2014 deadline and is hereby requesting an additional ten (10) days, until February 13, 2014, in which to file Guardians' reply brief. Decl. ¶ 7. Upon returning to work on January 6, 2014, Ms. Wilmes became sick, followed by both of her two children that same week. *Id.* ¶ 8. Ms. Wilmes' hours were therefore very limited during that entire week and following weekend, when she had planned on working on this reply brief. *Id.*

Furthermore, Guardians, represented by Ms. Wilmes, was ordered by the Tenth Circuit on January 7, 2014, to file a response to two "FRAP 28(j)" letters of supplemental authority submitted by the Respondent and the Intervenor in Case No. 13-9524, which is scheduled for oral argument on January 23, 2014. Decl. ¶ 9. Guardians' response to the "FRAP 28(j)" letters, which involved legal research on new issues of mootness and consideration of new developments, was due and filed on January 13, 2014. *Id.* Preparing for the upcoming oral argument has also taken considerable additional time based upon these new developments. *Id.* Finally, as detailed in Ms. Wilmes' declaration, developments in several other cases have required at least some limited attention. *Id.* ¶ 10.

Ms. Wilmes has worked and will continue to work diligently to ensure that the Appellant's reply brief will be filed within the additional time requested.

For these reasons and as set forth in Ms. Wilmes' declaration, Guardians respectfully requests this additional ten (10) day extension of time, to and including February 13, 2014, in which to file its reply brief.

Dated: January 20, 2014

> Respectfully submitted,
>
> /s *Ashley D. Wilmes*
> Ashley D. Wilmes
> WildEarth Guardians
> 680 W. Hickory Street
> Louisville, Colorado 80027
> Tel. 859-312-4162
> awilmes@wildearthguardians.org
>
> Attorney for Plaintiff-Appellant
> WildEarth Guardians

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which will serve this document on all counsel of record in this case.

> /s *Ashley D. Wilmes*
> Ashley D. Wilmes
> WildEarth Guardians
> 680 W. Hickory Street
> Louisville, Colorado 80027
> Tel. 859-312-4162
> awilmes@wildearthguardians.org