No. 13-16071

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

WILDEARTH GUARDIANS,

*Plaintiff-Appellant,*

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLANT HEALTH INSPECTION SERVICE*,*

*Defendant-Appellee.*

On Appeal from the United States District Court for the District of Nevada, Case No. 2:12-cv-00716-MMD-PAL, Hon. Miranda M. Du, District Judge

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

I, Ashley Wilmes, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a staff attorney for WildEarth Guardians ("Guardians") and am the lead attorney representing Guardians in this appeal, *WildEarth Guardians v. United States Department of Agriculture, Animal and Plant Health Inspection Service*, No. 13-16071.

2. I consulted with Emily Polachek, counsel for Defendant-Appellee United States Department of Agriculture, Animal and Plant Health Inspection Service ("APHIS"), who does not oppose this motion.

3. This reply brief was originally due on January 3, 2104 and is currently due on February 3, 2013.

4. I was out of the office on a previously scheduled family vacation for most of December 20, 2014 through January 3, 2014.

5. I am the lead attorney representing Guardians in *WildEarth Guardians v. U.S. Environmental Protection Agency* (10th Cir. Case No. 13-9524). This case is scheduled for oral argument before the U.S. Court of Appeals for the Tenth Circuit scheduled on January 23, 2014.

6. Due to these conflicts, Guardians requested a thirty (30) day extension of time through the Court's streamlined process, to February 3, 2014, in which to file its reply brief. This Court granted that streamlined request.

7. Due to additional circumstances that have arisen since I made the streamlined request for an extension of time, I do not believe I will be able to meet the new February 3, 2014 deadline. Guardians is therefore requesting an additional ten (10) days, until February 13, 2014, in which to file its reply brief.

8. Upon returning to work on January 6, 2014, I became sick with a stomach virus, followed by both of my two children that same week. My hours

were therefore very limited during that entire week and following weekend, when I had set aside substantial time to work on this reply brief.

9. Furthermore, in *WildEarth Guardians v. U.S. Environmental Protection Agency* (10th Cir. Case No. 13-9524), the case referenced in Paragraph 5 of this declaration, Guardians was ordered by the Tenth Circuit to file a response to two "FRAP 28(j)" letters of supplemental authority, which were filed by the Respondent EPA and the Intervenor in Case No. 13-9524 on January 7, 2014. Guardians' response, which involved me spending many hours researching new issues concerning mootness, was due and filed on January 13, 2014. Preparing for the January 27th oral argument has also taken considerable additional time based upon these new issues.

10. I am the lead attorney representing Guardians in *WildEarth Guardians v. Colorado Department of Public Health and Environment*, a Colorado state court case, No. 2013-CV-03010. Guardians was notified by counsel for the Defendant in that case that the Defendant would be filing a Motion to Dismiss in lieu of an Answer on or about January 21, 2013. Although the parties were able to reach a resolution, recent developments in this and several other cases have required at least some limited attention in the past few weeks.

11. I have worked and will continue to work diligently to ensure that the Appellant's reply brief will be filed within the additional time requested.

12. No transcripts were ordered in this case, so the court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2013 in Louisville, Colorado.

/s Ashley D. Wilmes
Ashley D. Wilmes
WildEarth Guardians
680 W. Hickory Street
Louisville, Colorado 80027
Tel. 859-312-4162
awilmes@wildearthguardians.org

Attorney for Plaintiff-Appellant
WildEarth Guardians