UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service,<br><br>        Defendant - Appellee. | No. 13-16071<br><br>D.C. No. 2:12-cv-00716-MMD-PAL<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

The appellant's motion for a second extension of time in which to file the reply brief is granted. The reply brief is due February 13, 2014.

                              For the Court:
                              MOLLY C. DWYER
                              Clerk of the Court

                              Teresa A. Haugen, Deputy Clerk
                              9th Circuit Rules 27-7, 27-10

Tah/1.20.14/Pro Mo