

January 2, 2015

Molly Dwyer
Clerk of the Court
Ninth Circuit Court of Appeals
95 Seventh Street
San Francisco, CA 94103-1526
VIA CM/ECF

    RE:   *WildEarth Guardians v. U.S.D.A. Animal and Plant Health Inspection Service,* Ninth Circuit Case No. 13-16071

Dear Ms. Dwyer / Clerk of the Court:

    Please remove James Tutchton as attorney of record in the above-captioned case. Mr. Tutchton no longer represents Appellant WildEarth Guardians. Thank you.

    Respectfully submitted,

    *Ashley Wilmes*

    Ashley D. Wilmes
    WildEarth Guardians
    680 W. Hickory Street
    Louisville, CO 80027
    (859) 312-4162
    awilmes@wildearthguardians.org

    *Attorney for Plaintiff-Appellant*
    *WildEarth Guardians*

CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which will serve this document on all counsel of record in this case.

                                                  */s/ Ashley D. Wilmes*
                                                  Ashley D. Wilmes