# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 13-16071 |
| Case Title | WildEarth Guardians v. USDA Animal Plant Health Inspection Service |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 3/9/15 | Time | 9:30 am | Courtroom | 1 |

| | |
|---|---|
| Location | James Browning US Courthouse, 95 7th Street, San Francisco, CA |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Ashley D. Wilmes |
| Address | 680 W. Hickory Street |
| City | Louisville |
| State | CO |
| Zip Code | 80027 |
| Phone | 859-312-4162 |
| Email Address | awilmes@gmail.com |
| Party/parties represented | Plaintiff-Appellant WildEarth Guardians |
| Special needs you may require in the courtroom | none |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Ashley D. Wilmes | Date | 3/19/15 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190