Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator).* You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-16071

Case Name: WildEarth Guardians v. U.S. Dep't of Agriculture, APHIS

The Clerk will enter my appearance as counsel on behalf of: WildEarth Guardians

- [x] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

[ ] Check if you are lead counsel.
Lead counsel must be designated if a party is represented by more than one attorney or law firm.

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: 

Name: Sarah K. McMillan

Firm/Office: WildEarth Guardians

Address: P.O. Box 7516

City: Missoula  State: MT  Zip Code: 59807

Phone Number *(including area code)*: (406) 549-3895

Signature *(use "s/" format)*: s/ Sarah K. McMillan  Date: 03/2/2015

9th Circuit Case Number(s) | 13-16071

NOTE: For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*.
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system

on *(date)* | 3/2/2015 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature *(use "s/" format)* | s/ Sarah K. McMillan

*********************************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system

on *(date)* .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*