UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service,<br><br>Defendant - Appellee. | No. 13-16071<br><br>D.C. No. 2:12-cv-00716-MMD-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: McKEOWN, MURGUIA, and FRIEDLAND, Circuit Judges.

Federal Appellee's Motion Requesting Judicial Notice of the U.S. Fish and Wildlife Service permit is GRANTED.