UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| WILDEARTH GUARDIANS, | No. 13-16071 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:12-cv-00716-MMD-PAL<br>District of Nevada,<br>Las Vegas |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service, | ORDER |
| Defendant - Appellee. | |

Before: McKEOWN, MURGUIA, and FRIEDLAND, Circuit Judges.

Environmental Law Professors' motion for leave to file a brief as *amici curiae* in support of Plaintiff-Appellant is GRANTED.