UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>　　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service,<br><br>　　　　　　Defendant - Appellee. | No. 13-16071<br><br>D.C. No. 2:12-cv-00716-MMD-PAL U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

The amicus brief submitted by Environmental Law Professors on October 10, 2013 is filed. No additional paper copies of the brief are required.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk