UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 3 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| WILDEARTH GUARDIANS, | No. 13-16071 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:12-cv-00716-MMD-PAL |
| v. | District of Nevada, Las Vegas |
| UNITED STATES DEPARTMENT OF AGRICULTURE, Animal and Plant Health Inspection Service, | ORDER |
| Defendant - Appellee. | |

Before: McKEOWN, MURGUIA, and FRIEDLAND, Circuit Judges.

WildEarth has appealed the district court's order denying additional jurisdictional discovery, and has requested that we take judicial notice of a newspaper article that it argues supports redressability. Neither the jurisdictional discovery nor the article is necessary to establish that WildEarth has standing. The denial of the motion for jurisdictional discovery is therefore **AFFIRMED**, and the request for judicial notice is **DENIED**.