**Form 10. Bill of Costs** ...............................................................................................................*(Rev. 12-1-09)*

# United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with 9th Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and 9th Circuit Rule 39-1 when preparing your bill of costs.

WildEarth Guardians    v.    USDA-APHIS    9th Cir. No. 13-16071

The Clerk is requested to tax the following costs against: U.S. Dept. of Agriculture - APHIS

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, 9th Cir. R. 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs. | Pages per Doc. | Cost per Page* | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page* | TOTAL COST |
| Excerpt of Record | | | $ | $ | | | $ | $ |
| Opening Brief | 7 | 71 | $ .10 | $ 49.70 | | | $ | $ |
| Answering Brief | | | $ | $ | | | $ | $ |
| Reply Brief | 7 | 39 | $ .10 | $ 27.30 | | | $ | $ |
| Other** | | | $ | $ | | | $ | $ |
| | | | TOTAL: | $ 77.00 | | | TOTAL: | $ |

\* Costs per page may not exceed .10 or actual cost, whichever is less. 9th Circuit Rule 39-1.

\*\* Other: Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to 9th Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys' fees **cannot** be requested on this form.

*Continue to next page.*

**Form 10. Bill of Costs -** *Continued*

I, Ashley Wilmes , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature /s/ Ashley Wilmes

("s/" plus attorney's name if submitted electronically)

Date 08/17/15

Name of Counsel: Ashley Wilmes

Attorney for: WildEarth Guardians

---

(To Be Completed by the Clerk)

Date _____    Costs are taxed in the amount of $ _____

                        Clerk of Court

                        By: _____ , Deputy Clerk

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which will serve this document on all counsel of record in this case.

/s *Ashley D. Wilmes*
Ashley D. Wilmes
WildEarth Guardians
1328 Prather Road
Lexington, KY 40502
Tel. 859-312-4162
awilmes@wildearthguardians.org